UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RYANT PRATT,

        Plaintiff,

  v.

B HEDRICK et al,

        Defendant.

Case Number: CV13-04557 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ryant Trimale Pratt H-06191
Corcoran State Prison C-8-201 Up
P.O. Box 5246
Corcoran, CA 93212

Dated: March 2, 2015

Richard W. Wieking, Clerk
By: Tracy Kasamoto, Deputy Clerk